1    James P. Wagoner, # 058553
     Robert K. Landen, #149407
2    McCormick, Barstow, Sheppard,
     Wayte & Carruth LLP
3    P.O. Box 28912
     5 River Park Place East
4    Fresno, CA 93720-1501
     Telephone:   (559) 433-1300
5    Facsimile:    (559) 433-2300

6    Attorneys for Defendant
     AMERICAN HOME ASSURANCE COMPANY

7

(SPACE BELOW FOR FILING STAMP ONLY)

FILED

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   WHAM-O, INC., a Delaware corporation, | Case No.  C09-01408 SBA |
| 12              Plaintiff, | **SUBSTITUTION OF COUNSEL AND ORDER** |
| 13   v. | |
| 14   AMERICAN HOME ASSURANCE COMPANY, a New York corporation, | |
| 15 | |
| 16              Defendant. | |

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

SUBSTITUTION OF COUNSEL AND ORDER CASE NO. C09-01408 SBA

1  Defendant, AMERICAN HOME ASSURANCE COMPANY, ("American Home"),

2  hereby substitutes as its counsel of record, Lane Ashley of the firm of Lewis, Brisbois, Bisgaard

3  & Smith, LLP, 221 N. Figueroa Street, Suite 1200 , Los Angeles, California 90012, (213) 250-

4  1800, in place of James P. Wagoner of the firm of McCormick, Barstow, Sheppard, Wayte &

5  Carruth LLP.

6  I consent to substitution of Mr. Ashley of the firm Lewis, Brisbois, Bisgaard & Smith,

7  LLP in place of Mr. Wagoner of the firm McCormick, Barstow, Sheppard, Wayte & Carruth LLP

8  as expressed above.

9

10  Dated: May 21, 2009                             /s/ Howard Endean
                                              Howard Endean
11                                            On behalf of Defendant AMERICAN HOME
                                              ASSURANCE COMPANY
12

13  As Counsel of Record herein, I, James P. Wagoner, hereby consent to the above-described

14  substitution. I also attest that concurrence in this filing has been received from Howard Endean

15  and Douglas Irvine.

16  Dated: May 21, 2009                             /s/ James P. Wagoner
                                              James P. Wagoner
17                                            McCormick, Barstow, Sheppard, Wayte &
                                              Carruth LLP
18

19  I hereby accept the above substitution.

20

21  Dated: May 21, 2009                             /s/ Lane Ashley
                                              Lane Ashley
22                                            Douglas Irvine
                                              Lewis, Brisbois, Bisgaard & Smith, LLP
23

24  IT IS SO ORDERED.

25

26  Dated: May 26, 2009

27                                            HON. SAUNDRA B. ARMSTRONG

28  03674/01930-1396807.v1

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1

SUBSTITUTION OF COUNSEL AND ORDER CASE NO. C09-01408 SBA