1  LANE J. ASHLEY – SBN 073296
     E-Mail: ashley@lbbslaw.com
2  DOUGLAS R. IRVINE – SBN 119863
     E-Mail: irvine@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant AMERICAN HOME
   ASSURANCE COMPANY
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 OAKLAND DIVISION

11

12  WHAM-O, INC., a Delaware corporation,        CASE NO.  C09-01408 SBA

13              Plaintiff,                        STIPULATION OF THE PARTIES TO
                                                  CONTINUE THE INITIAL CASE
14        v.                                      MANAGEMENT CONFERENCE AND
                                                  INITIAL DISCLOSURES, AND TO STAY
15  AMERICAN HOME ASSURANCE                       DISCOVERY; ORDER
    COMPANY, a New York corporation.             Current CMC Date:  July 15, 2009
16                                                TIME:          3:00 p.m.
                Defendant.                        Courtroom:     3
17

18                                                Hon. Saundra B. Armstrong

19

20                        **STIPULATION**

21

22      TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WHAM-O, INC.
23
    ("Wham-O") and Defendant American Home Assurance Company ("AHAC"), by and through their
24
    respective counsel of record, as follows:
25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

                                    1                          C09-01408 SBA
                        [PROPOSED] ORDER AND STIPULATION

1    WHEREAS, the parties have each filed motions, currently set for hearing on July 28, 2009,

2    which address the issue of duty to defend Wham-O in the underlying action, *Wham-O v. Manley Toys*,

3    USDC CD Cal. Case No. 08-CV-01281 (the "Underlying Action"), under the subject AHAC

4    insurance policy; and

5    WHEREAS, the Underlying Action is still being litigated; and

6    WHEREAS, the parties have met and conferred and believe that while their respective motions

7    are pending it is impractical, unnecessary, and potentially detrimental to their respective positions *vis-*

8    *a-vis* the underlying action, as well as for economical reasons, to engage in an initial disclosure

9    process, have an initial case management conference, or conduct any discovery at this time;

10    WHEREAS, this stipulation is without prejudice to the parties stipulating to, or either side

11    moving for, a further stay of all or part of this action pending resolution of the Underlying Action.

12    Accordingly, therefore,

13    IT IS HEREBY STIPULATED AND AGREED and the parties jointly request that the Court

14    continue the Initial Case Management Conference from the currently scheduled date of July 15, 2009,

15    to a date after the ruling on the parties' currently pending cross-motions; and

16    IT IS FURTHER STIPULATED AND AGREED that the initial disclosures of the parties

17    under Rule 26(f) be deferred and continued from June 18, 2009 until after the ruling on the parties'

18    currently pending cross-motions; and

19    IT IS FURTHER STIPULATED AND AGREED that the Rule 26(f) Report and Case

20    Management Statement, currently due on July 2, 2009, be deferred and continued until after the ruling

21    on the parties' currently pending cross-motions; and

22    IT IS FURTHER STIPULATED AND AGREED that discovery be stayed until after the ruling

23    on the parties' currently pending cross-motions.

24    Dated: June 16, 2009               LAW OFFICES OF MICHAEL H. GRUBMAN

25

26                         By: /s/

                            MICHAEL H. GRUBMAN, ESQ.

27                          Attorneys for Plaintiff WHAM-O, INC.

28


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2              C09-01408 SBA

1  Dated: June 16, 2009                    LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3                                          By: /s/
                                               DOUGLAS R. IRVINE, ESQ.
4                                              Attorneys for Defendant AMERICAN HOME
                                               ASSURANCE COMPANY
5

6                                          **ORDER**

7       Based upon the Stipulation of the parties, and good cause appearing therefore,

8       IT IS HEREBY ORDERED AS FOLLOWS:

9       1.      The Initial Case Management Conference is continued from July 15, 2009 to

10  **September 23, 2009 at 3:00 p.m.** The parties shall meet and confer prior to the conference and

11  shall prepare a joint Case Management Conference Statement which shall be filed no later than ten

12  (10) days prior to the Case Management Conference that complies with the Standing Order for All

13  Judges of the Northern District of California and the Standing Order of this Court.  Plaintiffs shall

14  be responsible for filing the statement as well as for arranging the conference call.  All parties

15  shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

16      2.      The last day for the parties to meet and confer regarding initial disclosures and a

17  discovery plan under Rule 16(f) is continued from June 18, 2009 to July 16, 2009.

18      3.      The last day for the parties to file a Rule 26(f) Report, complete initial disclosures

19  and file a Case Management Statement is continued from July 2, 2009 to July 30, 2009.

20      4.      Discovery is stayed pending resolution of the parties' cross-motions presently

21  scheduled for hearing on July 23, 2009

22

23  DATED:  June 17, 2009                    _____
                                            Honorable Saundra B. Armstrong
24                                          United States District Judge

25

26

27

28



                                           3                          C09-01408 SBA

                           [PROPOSED] ORDER AND STIPULATION

1

**FEDERAL COURT PROOF OF SERVICE**

2

Wham-O v. American Home - Our File No. 06234-7367

3  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4          At the time of service, I was over 18 years of age and not a party to the action.  My
business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA  90012.  I am
5  employed in the office of a member of the bar of this Court at whose direction the service was
made.

6

7  On June 16, 2009, I served the following document(s):  STIPULATION OF THE PARTIES     TO
CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND INITIAL
8  DISCLOSURES, AND TO STAY DISCOVERY UNTIL AFTER RULING ON PARTIES'
CROSS-MOTIONS; ORDER [proposed]
9

10          I served the documents on the following persons at the following addresses (including fax
numbers and e-mail addresses, if applicable):
11

           Michael H. Grubman, Esq.
12         Law Offices of Michael H. Grubman
           1990 No. California Blvd., Suite 1060
13         Walnut Creek, CA  94596
           mhgrubman@aol.com
14

15

           The documents were served by the following means:
16

☒          (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the
17         documents with the Clerk of the Court using the CM/ECF system, which sent notification
           of that filing to the persons listed above.
18

           I declare under penalty of perjury under the laws of the State of California that the
19  foregoing is true and correct.

20         Executed on June 16, 2009, at Los Angeles, California.

21

22                                                            /s/  Rose Mary Arias
                                                              Rose Mary Arias
23

24

25

26

27

28
                                          4                         C09-01408 SBA



[PROPOSED] ORDER AND STIPULATION