UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHAM-O, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation.<br><br>    Defendant. | Case No: CV 09-1408 SBA<br><br>**ORDER REVISING DATES FOR INITIAL DISCLOSURES** |

IT IS HEREBY ORDERED THAT, in accordance with the parties' stipulation (Docket 22), the Court's Order of June 18, 2009 (Docket 23) is revised as follows:

1. The last day for the parties to meet and confer regarding initial disclosures and a discovery plan under Rule 16(f) is continued from June 18, 2009 to August 14, 2009.

2. The last day for the parties to file a Rule 26(f) Report, complete initial disclosures and file a Case Management Statement is continued from July 2, 2009 to August 28, 2009.

3. Discovery is stayed pending resolution of the parties' cross-motions presently scheduled for July 28, 2009.

Dated: June 24, 2009

                                                  *Saundra B Armstrong*
                                              Hon. Saundra Brown Armstrong
                                                United States District Judge