1  LANE J. ASHLEY – SBN 073296
      E-Mail: ashley@lbbslaw.com
2  DOUGLAS R. IRVINE – SBN 119863
      E-Mail: irvine@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendant
   AMERICAN HOME ASSURANCE COMPANY

7
   Michael H. Grubman, Esq. SBN 114887
8  Law Office of Michael H. Grubman
   1990 N. California Blvd., Suite 1060
9  Walnut Creek, CA 94596
   Telephone: (925) 906-4777
10 Facsimile: (925) 906-4778
11 mhgrubman@aol.com

12 Attorneys for Plaintiff WHAM-O, INC.

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    OAKLAND DIVISION

16
   WHAM-O, INC., a Delaware corporation,      Case No.  C09-01408 SBA
17
18              Plaintiff,                     **STIPULATION FOR STAY OF
                                               LITIGATION OTHER THAN PENDING
19 v.                                          CROSS-MOTIONS PENDING
                                               CONCLUSION OF UNDERLYING
20                                             ACTION; and ORDER [PROPOSED]**
   AMERICAN HOME ASSURANCE
21 COMPANY, a New York corporation,            Hon. Saundra B. Armstrong
22
                Defendant.                     Courtroom 3
23
24
25                        **STIPULATION**

26      This Stipulation is made by and between plaintiff Wham-O, Inc. ("Wham-O") and

27 defendant American Home Assurance Company ("AHAC") (collectively the "Parties") by and

28 through their counsel of record in this action.

---

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

WHEREAS:

A. This action arises from claims by Wham-O against AHAC relating to insurance coverage connected with the underlying action, *Wham-O v. Manley Toys, Ltd., et al.*, Case No. CV08-01281RWSL (the "Underlying Action");

B. The Underlying Action is currently pending in the United States District Court for the Central District of California, and currently is scheduled for trial in January of 2010, though Manley Toys, Ltd. has just substituted counsel and on information and belief may move for a continuance;

C. Following the denial of coverage by AHAC to Wham-O as to the Underlying Action, Wham-O commenced this action, alleging claims for breach of contract, breach of the implied covenant, and declaratory relief;

D. The parties filed cross-motions on the duty to defend issues in this action that were calendared for hearing on July 28, 2009. By Order of July 24, 2009, these motions were continued by the Court to September 22, 2009. The Order also stated that the Court, in its discretion, may resolve the motions without oral argument;

E. Based upon the parties' cross-motions, the parties previously stipulated, and the Court ordered, that the last day for the parties to meet and confer regarding initial disclosures under Rule 16(f) was continued to August 14, 2009; that the last day for the Rule 26(f) Report was continued to August 28, 2009; that the discovery was stayed until the resolution of the parties cross-motions then scheduled for July 28, 2009; and that the Initial Case Management Conference was continued to September 23, 2009;

F. Based on the ongoing litigation status of the Underlying Action, and the continuance of the hearing date for the parties' cross-motions to September 22, 2009, the parties desire to further continue the initial disclosures, Rule 26(f) report and the Initial Case Management Conference until after the Court rules on the parties' cross-motions and further desire to maintain the stay on discovery until the Court rules on the parties' cross-motions;

G. There is a protective order in the Underlying Action, and there are protective orders in one or more other actions between Wham-O and one or more of the Manley parties in which

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   discovery and other litigation activities relating to claims and defenses alleged in the Underlying

2   Action are occurring, including post-judgment proceedings involving Manley Toys, Ltd. and

3   others in *SLB Toys USA, Inc. v. Wham-O, Inc., et al.,* No. CV06-1382RWSL, and nothing

4   stipulated to herein is intended to abridge such protective orders in any manner;

5

6         THEREFORE, the parties stipulate as follows:

7         1.     The purpose of this Stipulation is to stay this action until the Court rules on the

8   pending cross-motions regarding duty to defend, without prejudice by further stipulation or

9   motion, and order of the Court, to a further stay of this action and protective order regarding

10   disclosure of Wham-O's defense costs and other information exchanged by the parties pending

11   conclusion of the underlying action, *Wham-O v. Manley Toys Ltd et al.,* Case No. CV08-

12   01281RWSL (the "Underlying Action")), so as to not require Wham-O to simultaneously engage

13   in litigation in two forums, before all alleged defense costs are known or any alleged indemnity

14   obligation is determined in the Underlying Action, and to facilitate the potential for resolution of

15   the claims alleged in this action;

16         2.     The Parties agree that this action, including all discovery therein, shall be stayed in

17   its entirety, until the Court rules on the pending cross-motions, and without prejudice to a further

18   stay of this action and protective order regarding Wham-O's defense costs and other information

19   exchanged by the Parties pending conclusion of the Underlying Action by further stipulation or

20   motion, and order of the Court;;

21         3.     This stipulation and order shall not affect the parties' cross-motions currently

22   scheduled by the Court for September 22, 2009 or the Court's discretion to resolve the motions

23   without oral argument;

24         4.     The Parties agree that initial disclosures, discovery plan and Report under Rule

25   16(f) and Rule 26, and all discovery in this action, shall be stayed until further order of the Court.

26         5.     For purposes of satisfying the ADR requirements in this action, the parties are

27   informed that there is a prospective mediation before a private mediator to be scheduled in the

28   Underlying Action, and agree that they will make a good faith effort to participate in such

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    mediation which may encompass both the claims asserted by and against Wham-O, including the

2    Manley Counterclaim that is the basis of Wham-O's coverage claims in this action;

3         6.    The Parties agree that this Stipulation and proposed order embodies the meet and

4    confer efforts and current agreements for the handling of this action during the pendency of the

5    Underlying Action, and agree and request that the Court permit the Parties to submit their Joint

6    Case Management Plan consisting of a copy of this stipulation and order, along with a joint status

7    report promptly upon the conclusion of the Underlying Action should this matter as that time

8    remain unresolved; and,

9         7.    Subject to the meet and confer requirements applicable to any motion in this Court,

10   the Parties agree that either party may move for the modification or termination of this Stay on

11   good cause shown, and the other party may oppose such motion.  Nothing in this stipulation or

12   order shall waive, modify or excuse any obligations owed or asserted to be owed under the

13   insurance policies, or rights or defenses asserted by the Parties.

14

15        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

16

17   DATED: August ___, 2009          /s/_____
                                      Michael H. Grubman, Esq.
18                                    Law Offices of Michael H. Grubman
                                      Attorney for Plaintiff, WHAM-O, INC.
19

20   DATED: August ___, 2009          LEWIS BRISBOIS BISGAARD & SMITH LLP

21                                    /s/_____
                                      By:  Douglas Irvine, Esq.
22                                    Attorneys for Defendant, AMERICAN HOME
                                      ASSURANCE COMPANY
23

24

25

26   / / /

27

28

4832-5566-8228.1844-2561-6900.1                4                          C09-01408 SBA
                                  STIPULATION FOR STAY AND ORDER

1

2      PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT

3   IS SO ORDERED.  IT IS FURTHER ORDERED:  (1) that the last day for the parties to meet and

4   confer regarding initial disclosures and a discovery plan under Rule 16(f), previously set for

5   August 14, 2009; (2) that the last day for the parties to file a Rule 26(f) report, complete initial

6   discovery and file a case management report, previously scheduled for August 28, 2009; and (3)

7   the Initial Case Management Conference, previously scheduled for September 23, 2009, are all

8   vacated until further order of the Court.

9

10   DATED:   8/12/09                              *Saundra B. Armstrong*

11                                          SAUNDRA B. ARMSTRONG
                                           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-5566-8228.1844-2561-6900.1                      5                              C09-01408 SBA
                                    STIPULATION FOR STAY AND ORDER

FEDERAL COURT PROOF OF SERVICE
Wham-O v. American Home - File No. 06234-7367

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA  90012.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 7, 2009, I served the following document(s):  STIPULATION FOR STAY OF LITIGATION OTHER THAN PENDING CROSS-MOTIONS PENDING CONCLUSION OF UNDERLYING ACTION; and ORDER [PROPOSED]

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Michael H. Grubman, Esq.
Law Offices of Michael H. Grubman
1990 No. California Blvd., Suite 1060
Walnut Creek, CA  94596

The documents were served by the following means:

(BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 7, 2009, at Los Angeles, California.


/s/  Rose Mary Arias
Rose Mary Arias

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4815-0546-3812.1