LANE J. ASHLEY – SBN 073296
E-Mail: ashley@lbbslaw.com
DOUGLAS R. IRVINE – SBN 119863
E-Mail: irvine@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

Michael H. Grubman, Esq. SBN 114887
Law Office of Michael H. Grubman
1990 N. California Blvd., Suite 1060
Walnut Creek, CA 94596
Telephone: (925) 906-4777
Facsimile: (925) 906-4778
mhgrubman@aol.com

Attorney for Plaintiff WHAM-O, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| WHAM-O, INC., a Delaware corporation, | Case No. C09-01408 SBA |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | Hon. Saundra B. Armstrong |
| AMERICAN HOME ASSURANCE COMPANY, a New York corporation, | Courtroom 4 |
| Defendant. | |

IT IS HEREBY STIPULATED by plaintiff Wham-O, Inc. and defendant American Home Assurance Company, through their undersigned counsel of record, that the above-captioned action be dismissed without prejudice in its entirety, including all claims and counter-claims asserted by all parties, pursuant to Federal Rule of Civil Procedure 41. It is further stipulated between the parties that

due to the continued pendency of the underlying action, their settlement agreement includes the dismissal of this action without prejudice, and the parties stipulate to an order correcting the Court's prior order conditionally dismissing the action with prejudice.

Each party shall bear its own costs and attorneys' fees incurred in the above-captioned action.

I, Douglas R. Irvine, as counsel for defendant, attest that concurrence of counsel for plaintiff, Michael H. Grubman, has been obtained to file and submit this stipulation and proposed order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 13, 2010  ___/s/ Michael H. Grubman_____
Michael H. Grubman, Esq.
Law Offices of Michael H. Grubman
Attorney for Plaintiff, WHAM-O, INC.

DATED: January 13, 2010  LEWIS BRISBOIS BISGAARD & SMITH LLP

___/s/_ Douglas R. Irvine_____
By: Douglas Irvine, Esq.
Attorneys for Defendant, AMERICAN HOME ASSURANCE COMPANY

**IT IS SO ORDERED. This order shall supersede and replace the Court's "Conditional Dismissal Order" order of December 24, 2009, and it is ordered that this action and all claims are dismissed without prejudice.**

**IT IS SO ORDERED.**

DATED: January 15, 2010

_/s/ Sandra B. Armstrong_
Honorable Sandra B. Armstrong
United States District Court Judge